UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN TROSS, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:11-cv-1326 (JCH) |
| | : | |
| v. | : | |
| | : | |
| RITZ CARLTON HOTEL COMPANY, | : | |
| LLC, ET AL., | : | FEBRUARY 13, 2013 |
|     Defendants. | | |

**RULING RE:  DEFENDANTS' MOTION TO COMPEL (DOC. NO. 75)**

Defendants' Motion to Compel (Doc. No. 75), which seeks to compel the records of plaintiff's wife's counselor, Dawn Recinos, is **DENIED**.  The plaintiff's wife seeks damages for loss of consortium and does not assert a claim for mental or emotional distress.  At most, "garden variety damages" would be recoverable.  See Sims v. Blot (In re Sims), 534 F.3d 117, 141 (2d Cir. 2008); Safeco Ins. Co. v. Vecsey, 259 F.R.D. 23, 30 (D. Conn. 2009).

**SO ORDERED.**

Dated at New Haven, Connecticut this 13th day of February, 2013.

                                              /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge